**Dorothy Wagner, Plaintiff-Appellee, v. Mendell Wagner, Defendant-Appellant.**

Gen. No. 65–86.

Fifth District.

March 29, 1966.

Henry G. Walker, of Carmi, for appellant; Kern and Pearce, of Carmi, for appellee. Opinion by PRESIDING JUSTICE GOLDENHERSH. Not to be published in full.